United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 11, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 25-501** |
| **LEADING EDGE ADMINISTRATORS** | § | |

## ORDER CLOSING MISCELLANEOUS PROCEEDING

The statement filed at ECF No. 3 moots this miscellaneous proceeding.  The proceeding is closed.

SIGNED 02/11/2025

_____
Marvin Isgur
United States Bankruptcy Judge